

**U.S. Department of Justice**

*Office of the United States Trustee*
*District of New Jersey*

| | |
|---|---|
| One Newark Center | (973) 645-3014 Telephone |
| Suite 2100 | (973) 645-5993 Facsimile |
| Newark, NJ 07102 | |

In the matter of:

                              Chapter 11

Hercules Chemical Company, Inc.
Case No. 08-27822 (MS)

Debtor(s)

## APPOINTMENT OF UNSECURED ASBESTOS CLAIMANTS' COMMITTEE

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Unsecured Creditors' Committee in connection with the above captioned case:

John Alfano
27 Osprey Drive
Toms River, NJ 08753
Tel: 732-255-9415
*Asbestos Counsel:*
Wilentz Goldman & Spitzer

Leon Butzky, c/o Lidia Butzky
33 Green Hill Road
Bethany, CT 06524
Tel: 203-393-9584
*Asbestos Counsel:*
Early Ludwick & Sweeney

LaVern Max Boman
4675 Orchard Manor, Apt. 6
Bay City, MI 48706
Tel: 989-684-5737
*Asbestos Counsel:*
Goldberg Persky & White

Keith D. Roberts
960 Tamenend Road
Bath, PA 18014
610-837-0713
*Asbestos Counsel:*
Law Offices of Peter Angelos, PC

Margaret Howard
3482 Tulip Lane
E. Stroudsburg, PA 18301
Tel: 670-629-2537
*Asbestos Counsel:*
Paul, Reich & Meyers, PC

Roger Stone
5450 74TH Avenue So.
Grand Forks, ND 58201
Tel: 701-746-4288
*Asbestos Counsel:*
David C. Thompson, PC

Page 2

In the matter of:

                                                  Chapter 11

Hercules Chemical Company, Inc.
Case No. 08-27822 (MS)

Debtor(s)


Counsel for Committee:

Marla Eskin, Esq.
Campbell & Levine
800 N. King Street, Ste. 300
Wilmington, DE 19801
Tel: 302-426-1900
Fax: 302-426-9947

Local Counsel:

Jeffrey Prol, Esq.
Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068
Tel: 973-597-2490
Fax: 973-597-2491

                                         Roberta A. DeAngelis
                                         Acting United States Trustee
                                         Region 3


                                       By: */s/ Martha R. Hildebrandt*
                                            Martha R. Hildebrandt
                                            Assistant United States Trustee


As of: October 16, 2008
Case Attorney: Mitchell B. Hausman, Esq.